IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH A. PFANNENSTIEL,

    Plaintiff,

vs.

MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INC.
et al.,

    Defendants.
_____/

No. CIV S-08-2609 MCE DAD PS

ORDER

    Defendants Mortgage Electronic Registration Systems, Inc. and Deutsche Bank National Trust Company as Trustee for Goldman Sachs-GSAMP 2005-HE47 removed this action from the Sacramento County Superior Court on October 31, 2008. On November 7, 2008, the defendants filed a motion to dismiss or for more definite statement. By minute order filed November 14, 2008, defendants' hearing date was vacated and defendants were notified that their motion must be re-noticed for hearing before the assigned magistrate judge.

    Because the plaintiff in this action is proceeding <u>in propria persona</u>, all pretrial matters, including dispositive and non-dispositive motions, are to be addressed in the first instance by the assigned magistrate judge. Local Rule 72-302(c)(21). Parties may obtain information about available hearing dates from Pete Buzo, the courtroom deputy of the

1  undersigned magistrate judge, at (916) 930-4128.  The parties are also referred to Local Rule 78-
2  230, which governs civil motion procedure.  In particular, plaintiff is referred to this rule for
3  information about opposing motions and appearing for hearings.  Plaintiff is cautioned that
4  failure to file timely opposition or to appear at a hearing may result in a recommendation that this
5  case be dismissed for lack of prosecution and as a sanction for failure to comply with court
6  orders and applicable rules.  See Local Rules 11-110 and 83-183.

       The parties are informed that court appearances before the undersigned may be made telephonically in most instances.  A party who wishes to request telephonic appearance at a motion hearing or at a status conference shall contact Pete Buzo at (916) 930-4128 no later than three days before the date set for the hearing or status conference.  A land-line telephone number must be provided at that time.

       IT IS ORDERED that defendants shall file and serve an amended notice of motion within ten days after this order is served.  The amended notice must comply with Local Rule 78-230(b) and must include evidence of conventional service pursuant to Local Rule 5-135(b).

DATED: December 9, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\pfannenstiel2609.ord.info