IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH A. PFANNENSTIEL, | No. 2:08-cv-02609-MCE-DAD PS |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., et al., | |
| Defendants. | |

Plaintiff, proceeding pro se, filed the above-entitled action alleging federal and state claims arising from a home foreclosure sale. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On February 11, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fifteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 11, 2009, are adopted in full;

2. The November 7, 2008 motion to dismiss (Doc. No. 5) brought by defendants Mortgage Electronic Registration Systems, Inc. and Deutsche Bank National Trust Company as Trustee for Goldman Sachs-GSAMP 2005-HE47 is granted;

3. Plaintiff's claims against defendants NDEX West, LLC, Stewart Title of California, Inc. and DOES I-X are dismissed; and

4. The Clerk of the Court is directed to close this case.

Dated: March 11, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE